IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pittman, Stanley

Printed: 2/19/08

Case Number: 06 B 07891
Judge: Wedoff, Eugene R
Filed: 7/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 3, 2008
Confirmed: September 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,851.00 |  |
| Secured: |  | 4,915.16 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,540.00 |
| Trustee Fee: |  | 395.84 |
| Other Funds: |  | 0.00 |
| Totals: | 7,851.00 | 7,851.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Remedies | Administrative | 2,540.00 | 2,540.00 |
| 2. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Mazda American Credit | Secured | 9,880.03 | 4,563.42 |
| 4. | Popular Mortgage Services | Secured | 13,156.00 | 351.74 |
| 5. | Capital One | Unsecured | 1,344.06 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 299.07 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 2,120.93 | 0.00 |
| 8. | Mazda American Credit | Unsecured | 5,759.97 | 0.00 |
| 9. | CB USA | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,100.06 | $ 7,455.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 225.06 |
| 5.4% | 170.78 |
|  | $ 395.84 |

Case 06-07891    Doc 35    Filed 02/19/08    Entered 02/19/08 12:24:34    Desc    Page 2 of 2

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pittman, Stanley

Printed:  2/19/08

Case Number:  06 B 07891
Judge:  Wedoff, Eugene R
Filed:  7/5/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

